# United States District Court

Southern **DISTRICT OF** California

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Parcel 5
Priority Mail parcel with Delivery Confirmation
Label 0307 1790 0000 7251 5135 addressed to LiLy
Wallace, 12502 Trail Blaizer Loop, Apt 104,
tampa, FLA 33625 with a return address of Brenda
Wallace, 4502 Felton, San Diego, CA 92116

**SEARCH WARRANT**

CASE NUMBER: '07 MJ 2907

TO: A. L. Flores, Postal Inspector                           and any Authorized Officer of the United States

Affidavit(s) having been made before me by A. L. Flores _____ who has reason to
                                              Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
The above described Mail article, which is in the custody of the U.S. Postal Service

in the Southern _____ District of California _____ there is now
concealed a certain person or property, namely (describe the person or property)
   Controlled substances, materials, and documents reflecting the distribution of
   controlled substances through the United States Mail, including money paid for
   controlled substances, in violation of Title 21, United States Code, Sections
   841(a)(1), 843(b) and 846 which is evidence and contraband.

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  12/19/07
                                                    Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to ___ **BARBARA L. MA.**
                                                                                         U.S. Judge or Magistrate
as required by law.                                                                      **U.S. MAGISTRATE JU**

12/10/07 at 6:15 pm _____           at      SD, CA _____
Date and Time Issued                          City and State

**BARBARA L. MAJO**
**U.S. MAGISTRATE JU**                        _signature_
Name and Title of Judicial Officer             Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12-10-07 | 12-13-07  9:42 am | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

US Postal Inspectors A. Flores and S. Machen

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Delivery Confirmation # 0307-1790-0000-7521-5135

Brown cardboard shipping box contained cardboard panels; packing peanuts; large bundle wrapped in multiple layers of green plastic wrap, with liquid soap, dryer sheets and red tape in between the layers. Inside the bundle was a green leafy substance which field tested positive for marijuana which weighed approximately 10,135.3 grams.

A. Reeves  12/13/07

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Ana Reeves

Subscribed, sworn to, and returned before me this date.

Barbara L. Major
U.S. Judge or Magistrate            12/14/07